FILED
October 22, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                              )<br>            Plaintiff,             )<br>v.                                           )<br>                                              )<br>MICHAEL ANDERSON,           )<br>                                              )<br>            Defendant.           ) | Case No.  2:09-cr-264 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Michael Anderson   Case 2:09-cr-264 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured bond in the amount of  $10,000.00 to be co-signed by elder Michael Anderson.

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) Pretrial conditions/supervision.

Issued at  Sacramento, CA  on 10/22/09   at  10:57 a.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge