1

2

3

4

5

6

7

8       IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,

11          Plaintiff,                    Cr. S-09-264  KJM

12      vs.

13  MICHAEL T. ANDERSON,

14          Defendant.                    <u>ORDER</u>

15  _____/

16          Defendant is charged in an Information with eleven counts, some misdemeanors,

17  some petty offenses.  On October 22, 2009, the court ordered defendant released on conditions;

18  one of these requires him to submit to DNA testing at the direction of the U.S. Attorney's Office.

19  Defendant has now filed a motion to strike this condition.

20          In light of the challenge to such a condition currently pending in the Ninth Circuit,

21  the court will stay the condition.

22  /////

23  /////

24  /////

25  /////

26  /////

1

IT IS THEREFORE ORDERED that:

1.  The condition of defendant's release requiring him to submit to DNA testing is hereby stayed pending the Ninth Circuit's decision in <u>United States v. Pool</u>, Case No. 09-10303; and

2.  The hearing set for November 5, 2009, at 10:00 a.m. is hereby vacated.

DATED:  November 2, 2009.

_____
U.S. MAGISTRATE JUDGE

2 anderson.dna