```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #CA 257570
    Assistant Federal Defender
 3  HALLIE GORMAN
    Certified Student Attorney
 4  801 I Street, 3rd Floor
    Sacramento, California  95814
 5  Telephone (916) 498-5700

 6  Attorney for Defendant
    MICHAEL T. ANDERSON
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>         Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br>MICHAEL T. ANDERSON,         )<br>                             )<br>         Defendant.          )<br>                             )<br>_____ ) | CRS 09-264-KJM<br><br>**STIPULATION AND ORDER**<br><br>DATE: January 21, 2010<br>TIME: 10:00 a.m.<br>JUDGE:Hon. Kimberly J. Mueller |

   It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, MICHAEL T. ANDERSON, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the trial confirmation hearing set for Thursday, January 21, 2010 and jury trial set for Tuesday, February 16, 2010, be vacated and set for trial confirmation hearing on Thursday, March 25, 2010 at 10:00 a.m. and for jury trial on Monday, April 12, 2010 at 10:00 a.m.

   The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the

1 public and the defendant in a speedy trial because the defense requires
2 more time to investigate.  18 U.S.C. § 3161(h)(7)(A).
3     The parties stipulate that for the purpose of computing time under
4 the Speedy Trial Act, the Court should exclude time from the date of
5 this order through March 30, 2010, for defense preparation and
6 investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

8 DATED: January 20, 2010       Respectfully submitted,
9                               DANIEL J. BRODERICK
                                Federal Defender

11                              /s/ Lauren D. Cusick
                                LAUREN D. CUSICK
12                              Assistant Federal Defender
                                Attorney for Defendant
13                              MICHAEL T. ANDERSON

15 DATED:  January 20, 2010     BENJAMIN WAGNER
                                United States Attorney

17                              /s/ Todd Leras for
                                MATTHEW STEGMAN
18                              Assistant U.S. Attorney
                                Attorney for Plaintiff

21                                  **O R D E R**
22    **IT IS SO ORDERED.**
23 DATED:  January 20, 2010.

                                _____
                                U.S. MAGISTRATE JUDGE