DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
HALLIE GORMAN
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL T. ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL T. ANDERSON,<br><br>        Defendant. | CRS 09-264-KJM<br><br>**AMENDED STIPULATION AND ORDER**<br><br>DATE:   January 21, 2010<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Kimberly J. Mueller |

    It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, MICHAEL T. ANDERSON, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the trial confirmation hearing set for Thursday, January 21, 2010 and jury trial set for Tuesday, February 16, 2010, be vacated and set for trial confirmation hearing on Thursday, March 25, 2010 at 10:00 a.m. and for jury trial on Monday, April 12, 2010 at 10:00 a.m.

    The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the

1  public and the defendant in a speedy trial because the defense requires
2  more time to investigate.  18 U.S.C. § 3161(h)(7)(A).
3      The parties stipulate that for the purpose of computing time under
4  the Speedy Trial Act, the Court should exclude time from the date of
5  this order through April 12, 2010, for defense preparation and
6  investigation.  18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].
7
8  DATED: January 20, 2010
9                                      Respectfully submitted,
10                                     DANIEL J. BRODERICK
                                       Federal Defender
11
12                                     /s/ Lauren D. Cusick
                                       LAUREN D. CUSICK
13                                     Assistant Federal Defender
                                       Attorney for Defendant
14                                     MICHAEL T. ANDERSON
15
16 DATED: January 20, 2010             BENJAMIN WAGNER
                                       United States Attorney
17
18                                     /s/ Matthew Stegman
                                       MATTHEW STEGMAN
19                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff
20
21
22                           **O R D E R**
23     **IT IS SO ORDERED.**
24 DATED: February 8, 2010.
25                                     _____
                                       U.S. MAGISTRATE JUDGE
26
27
28

2