```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LAUREN D. CUSICK, Bar #CA 257570
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL T. ANDERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CRS 09-264-KJM |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** VACATING |
| v. | ) | TRIAL CONFIRMATION HEARING AND |
| | ) | JURY TRIAL AND SETTING FOR |
| MICHAEL T. ANDERSON, | ) | CHANGE OF PLEA |
| | ) | |
| Defendant. | ) | DATE:   April 1, 2010 |
| | ) | TIME:   10:00 a.m. |
| _____ | ) | JUDGE:  Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States of America through MATTHEW STEGMAN, Assistant U.S. Attorney, and defendant, MICHAEL T. ANDERSON, by and through his counsel, LAUREN CUSICK, Assistant Federal Defender, that the trial confirmation hearing set for Thursday, April 1, 2010 and jury trial set for Monday, April 12, 2010, be vacated and a change of plea set for Thursday, April 1, 2010 at 10:00 a.m.

```
DATED: March 26, 2010            Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Lauren D. Cusick
                                 LAUREN D. CUSICK
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 MICHAEL T. ANDERSON


DATED: March 26, 2010            BENJAMIN WAGNER
                                 United States Attorney


                                 /s/ Matthew Stegman
                                 MATTHEW STEGMAN
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.**

DATED: March 30, 2010.

_____
U.S. MAGISTRATE JUDGE

2