IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                        No. CR S-09-264 KJM

    vs.

MICHAEL ANDERSON,

    Defendant.                                       ORDER

_____/

        This matter was on calendar on April 8, 2010 for a hearing on defendant's motion for release.  Christina Eastman, Certified Law Student, appeared for the government; Hallie Gorman, Certified Law Student, appeared for the defendant, who was present in custody.

        On April 1, 2010, defendant pleaded guilty to all counts in the Information. Sentencing is currently set for June 24, 2010.  The defense has asked that defendant be released to a hold placed on him by Solano County, so that he can resolve pending charges in that jurisdiction.

        IT IS THEREFORE ORDERED:

        1. Defendant's motion for release pending sentencing (Docket No. 41) is granted, subject to the conditions outlined below.

1

2. If Solano County chooses not to execute its hold within forty-eight hours of this order's being filed, this release order will not take effect and defendant will remain in federal custody.

3. The government is directed to place a hold on defendant so that if he is released from custody in Solano County, he will be returned to federal custody immediately.

4. The parties shall file a joint status report within thirty days of the date of this order and every thirty days thereafter until defendant is returned to federal custody.

5. If defendant is not released from custody in Solano County in time to return to federal custody by the sentencing date of June 24, 2010, that sentencing date will be vacated, to be reset upon defendant's return to federal custody.

DATED: April 13, 2010.

_____
U.S. MAGISTRATE JUDGE

2 ande0264.rel