```
                                FILED
                                June 24, 2010
                                CLERK, US DISTRICT COURT
                                EASTERN DISTRICT OF
                                CALIFORNIA
                                DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:09-CR-264 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| MICHAEL T. ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Michael T. Anderson</u>; Case <u>2:09-cr-264 KJM</u>

from custody for the following reason:

    \_  Release on Personal Recognizance

    \_  Bail Posted in the Sum of _____

    \_  Unsecured bond in the amount of

    \_  Appearance Bond with 10% Deposit

    \_  Appearance Bond secured by Real Property

    \_  Corporate Surety Bail Bond

    <u>X</u>  (Other) <u>Time Served</u>

Issued at  <u>Sacramento, CA</u>  on <u>6/24/2010</u>   at  <u>11:12 a.m.</u>  .

By  _(signature)_
Kimberly J. Mueller,
United States Magistrate Judge